IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROSE M. V.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING CASE**<br><br>Case No. 2:17-cv-01142<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

The undersigned referred this case to Magistrate Judge Evelyn J. Furse pursuant to 28 U.S.C. § 636(b)(1)(B).[1] On February 4, 2019, Judge Furse issued a Report and Recommendation.[2] Judge Furse recommends remanding the case because the ALJ improperly evaluated the opinions of Plaintiff's treating physician.[3] Neither party objects to Judge Furse's Report and Recommendation, so the court reviews the Report and Recommendation for clear error.[4]

Having carefully considered Judge Furse's Report and Recommendation, the court finds no clear error. The court therefore ADOPTS Judge Furse's Report and Recommendation and REMANDS this case so the ALJ can properly evaluate the opinions of Plaintiff's treating physician.

---

[1] Dkt. 14.

[2] Dkt. 23.

[3] *Id.* at 1–2, 13–20.

[4] *See* Fed. R. Civ. P. 72(b) advisory committee's note (1983) (citing *Campbell v. U.S. Dist. Court for N. Dist. of Cal.*, 501 F.2d 196, 206 (9th Cir. 1974), *cert. denied*, 419 U.S. 879).

1

SO ORDERED this 20th day of March, 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge